UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>CONAGRA BRANDS, INC., et al.,<br><br>       Defendants. | Case No. 1:19-cv-01323<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Martha M. Pacold |

ORDER DISMISSING THE CONSOLIDATED CLASS ACTION COMPLAINT

  Lead Plaintiff National Elevator Industry Pension Fund, Plaintiff City of Taylor Police and Fire Retirement System and Plaintiff City of Sarasota Police Officers' Pension Plan filed the Consolidated Class Action Complaint for Violations of the Federal Securities Laws on July 1, 2019. Defendants filed a motion to Dismiss the Consolidated Class Action Complaint on September 3, 2019.

  WHEREAS, this Court issued its Memorandum Opinion and Order on October 15, 2020, granting Defendants' motion to dismiss the Consolidated Class Action Complaint without prejudice and permitted Plaintiffs to file an amended complaint by December 10, 2020.

WHEREAS, on December 10, 2020, Plaintiffs filed their notice of intent not to file an amended complaint.

THEREFORE, the Court hereby ORDERS that the Consolidated Class Action Complaint is dismissed with prejudice with regard to all Plaintiffs.

IT IS SO ORDERED.


DATED: December 23, 2020          /s/ Martha M. Pacold
                                                      THE HONORABLE MARTHA M. PACOLD
                                                      UNITED STATES DISTRICT JUDGE

4838-9282-8116.v3