# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

West Palm Beach Firefighters' Pension Fund, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

Conagra Brands, Inc., et al,

Defendant(s).

Case No. 19 C 1323
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants Conagra Brands, Inc., Sean M. Connolly, David S. Marberger, Robert G. Wise, Anil Arora, Thomas K. Brown, Stephen G. Butler, Joie Gregor, Rajive Johri, Richard H. Lenny, Ruth Ann Marshall, Craig P. Omtvedt, Goldman Sachs & Co., LLC, J.P. Morgan Securities, LLC, Merrill Lynch Pierce Fenner & Smith Inc., Mizuho Securities USA LLC, MUFG Securities Americas Inc., Wells Fargo Securities, LLC, Barclays Capital, Inc., BTIG, LLC, HSBC Securities (USA) Inc., Scotia Capital (USA) Inc., BNP Paribas Securities Corp., Rabo Securities USA, Inc. RBC Capital Markets, LLC, Suntrust Robinson Humphrey, Inc., and against plaintiffs West Palm Beach Firefighters' Pension Fund, City of Taylor Police and Fire Retirement System, and City of Sarasota Police Officers' Pension Plan.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date:   12/23/2020                           Thomas G. Bruton, Clerk of Court

                                                         /s/ Ruth O'Shea, Deputy Clerk