UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CONAGRA BRANDS, INC., et al.,<br><br>                      Defendants. | Case No. 1:19-cv-01323<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Martha M. Pacold |

NOTICE OF APPEAL

4843-9369-3143.v1

Notice is hereby given that, in the above-captioned case, Lead Plaintiff National Elevator Industry Pension Fund and Plaintiffs City of Taylor Police and Fire Retirement System and City of Sarasota Police Officers' Pension Plan, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgment that was entered on December 23, 2020 (ECF No. 127), as well as from all prior orders that have merged into the Judgment, including, but not limited to, the October 15, 2020 Memorandum Opinion and Order granting Defendants' motion to dismiss the Consolidated Class Action Complaint. (ECF No. 123).

DATED: January 22, 2021	ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
SCOTT H. SAHAM
ANDREW W. HUTTON
TING H. LIU
ALEXI H. PFEFFER-GILLETT


                    s/ Scott H. Saham
                    SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
scotts@rgrdlaw.com
dhutton@rgrdlaw.com
tliu@rgrdlaw.com
agillett@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

Lead Counsel for Plaintiffs and the Class

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Plaintiff City of Taylor

CHRISTIANSEN & DEHNER, P.A.
SCOTT CHRISTIANSEN
63 Sarasota Center Blvd., Suite 107
Sarasota, FL 34240
Telephone: 941/377-2200
941/377-4848 (fax)
scott@cdpension.com

Additional Counsel for Plaintiff City of Sarasota

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 22, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left: 50%;">

s/ Scott H. Saham
SCOTT H. SAHAM

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: scotts@rgrdlaw.com

</div>

4843-9369-3143.v1

# Mailing Information for a Case 1:19-cv-01323 West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A Burkholz**
  spenceb@rgrdlaw.com

- **Theodore Thomas Chung**
  ttchung@jonesday.com,pgarver@jonesday.com

- **Marjorie Patricia Duffy**
  mpduffy@jonesday.com,rfargabrite@jonesday.com,pgarver@jonesday.com,dkoenig@jonesday.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Jeffrey John Huelskamp**
  jhuelskamp@winston.com,jeffrey-huelskamp-1688@ecf.pacerpro.com

- **Andrew W. Hutton**
  DHutton@rgrdlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Ting Liu**
  TLiu@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Joseph Laurence Motto**
  jmotto@winston.com,joe-motto-4498@ecf.pacerpro.com

- **Alexi Pfeffer-Gillett**
  AGillett@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Geoffrey J. Ritts**
  gjritts@JonesDay.com

- **Scott H Saham**
  ScottS@rgrdlaw.com,crosini@rgrdlaw.com,scotts@ecf.courtdrive.com

- **Robert Y. Sperling**
  rsperling@winston.com,bob-sperling-5356@ecf.pacerpro.com,ECF_CH@winston.com

- **Michael James Stern**
  mjstern@winston.com,michael-stern-4446@ecf.pacerpro.com

- **Joseph E. White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
City of Sarasota Police Officers' Pension Plan
,
City of Taylor Police and Fire Retirement System
,
```