# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 19, 2021

BEFORE
DIANE S. SYKES, Chief Judge

| No. 21-1155 | NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al., Plaintiffs - Appellants  v.  CONAGRA BRANDS, INC., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-01323  Northern District of Illinois, Eastern Division  District Judge Martha M. Pacold | |

This matter comes before the court for its consideration of the **MOTION TO RESCHEDULE ORAL ARGUMENT TO ALLOW FOR IN-PERSON ARGUMENT**, filed on August 16, 2021, by counsel for Appellants City of Sarasota Police Officers' Pension Plan, City of Taylor Police and Fire Retirement System, National Elevator Industry Pension Fund,

The motion is **DENIED** and oral argument will proceed as scheduled.

form name: **c7_Order_Arg_Resched_Deny**    (form ID: **225**)